UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CR676 HEA |
| | ) |
| KURTIS RAY EASTER, | ) |
| | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court for a determination of whether or not Defendant Kurtis Ray Easter is competent to stand trial in this action. The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation pursuant to 28 U.S.C. § 636(b). A competency hearing was held on November 18, 2005 before Judge Noce, and on that day, Judge Noce filed his report under seal, recommending that Defendant be deemed competent to stand trial in this matter. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Noce as set forth in the report and recommendation and hereby concludes Defendant is competent to stand trial.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant is deemed to be competent to be prosecuted in this matter.

Dated this 12th day of December, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE